IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

ANNIE JONES                                                                         PLAINTIFF

VS.                             CIVIL ACTION NO. 1:19-cv-00234-GHD-RP

STATE FARM FIRE AND CASUALTY COMPANY             DEFENDANT

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

Presently before the Court is the parties' joint *ore tenus* motion for a dismissal of all claims made against Defendant, State Farm Fire and Casualty Company, by the Plaintiff, Annie Jones. The Court, being advised that a settlement between the parties has been reached, finds that the parties' joint *ore tenus* motion is well taken and should be granted.

IT IS THEREFORE ORDERED AND ADJUDGED, that all claims asserted herein, or which could have been asserted herein by the Plaintiff, Annie Jones, against the Defendant, State Farm Fire and Casualty Company, are hereby DISMISSED WITH PREJUDICE with each party to bear their own costs and attorney fees. This Court retains jurisdiction to enforce any settlement reached between the parties.

SO ORDERED, this the 11th day of March, 2020.

                                                                      /s/ Glen H. Davidson
                                                                      SENIOR U.S. DISTRICT JUDGE

*AGREED AS TO SUBSTANCE AND FORM:*

/s/ Stephanie Woodard
**Stephanie S. Woodward, MSB #105882**
*WOODARD LAW FIRM, LLC*
501 7th Street North, Suite 8
Columbus, Mississippi 39701
(662) 574-8824
woodardlawllc@gmail.com
**Attorney for Plaintiff,**
**Annie Jones**


/s/ Roechelle R. Morgan
**Roechelle R. Morgan, MSB # 100621**
*WEBB SANDERS & WILLIAMS PLLC*
Post Office Box 496
Tupelo, Mississippi 38802-0496
(662) 844-2137
(662) 842-3863
rmorgan@webbsanders.com
**Attorneys for Defendant,**
**State Farm Fire and Casualty Company**
*(Order prepared by Roechelle R. Morgan*
*Webb Sanders & Williams)*